CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
(818) 205-9955; (818) 205-9944 fax
E-Mail:  cmay@tharpe-howell.com
E-Mail:  gsharaga@tharpe-howell.com

Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE KATHLEEN McKAIGG and RON McKAIGG,<br><br>                    Plaintiff(s),<br><br>v.<br><br>LOWE'S HIW, INC., and DOES I through XX, inclusive,<br><br>                    Defendant(s). | CASE NO.:  2:13-CV-00551-JAM-EFB<br><br>(Sacramento County Superior Court Case No.: 34-2012-00136526)<br><br>**[PROPOSED]** ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |

   IT IS HEREBY ORDERED that the Complaint of Plaintiffs ELSIE KATHLEEN McKAIGG and RON McKAIGG is hereby dismissed in its entirety, with prejudice.

Dated: March 31, 2014               By:   /s/ John A. Mendez
                                          U.S. DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER ON NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1)